UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HUGO ANTONIO GARCIA,

                       Plaintiff,

    -against-                                    20 **CIVIL** 7539 (PAE)(SLC)

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, the Report and Recommendation is adopted in full. For the foregoing reasons, the Commissioner's motion is denied, Garcia's motion is granted, and the case is remanded to the agency for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York

         March 31, 2022

                                                                 **RUBY J. KRAJICK**

                                                                    Clerk of Court

                                          **BY:**

                                                                      **Deputy Clerk**